67 A.3d 619

IN THE MATTER OF DANIEL B. ZONIES, AN ATTORNEY
AT LAW (ATTORNEY NO. 261851970).

June 26, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–363, concluding that **DANIEL B. ZONIES of VOORHEES,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter and to

promptly comply with reasonable requests for information), and good cause appearing;

It is ORDERED that **DANIEL B. ZONIES** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.